# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE DIAZ ,**

                                         **Plaintiff,**

**-vs-**                                                              **Case No.  6:10-cv-1302-Orl-22DAB**

**MATTRESS ONE, INC.,**
**SOS FURNITURE COMPANY, INC., and**
**MAGED SALEM,**

                                         **Defendants.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 30) filed on July 7, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed July 15, 2011 (Doc. No. 31) is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Joint Motion for Approval of Settlement (Doc. No. 30) is GRANTED.  The settlement is hereby APPROVED.

3.      This case is DISMISSED WITH PREJUDICE.

4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 27, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge